UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
(Eastern Division)

---

DENISE M. BROWN,

        Plaintiff,

    -against-                 Case No.: 2:18-cv-00070-KS-MTP

ALLY FINANCIAL INC. *et al.*,

        Defendant(s).

---

### DEFENDANT ALLY FINANCIAL INC.'S RESPONSE TO COURT'S JANUARY 17, 2020 ORDER

Defendant Ally Financial Inc. ("Ally" or "Defendant"), by counsel, and in accordance with the Court's January 17, 2020 Order (ECF No. 50), hereby submits, as **Exhibit 1** to this filing, the Declaration of Ethan G. Ostroff in support of Ally's fee petition, which includes a detailed accounting of the fees and costs incurred since Plaintiff filed her Motion to Confirm, that would not have been incurred absent her bad faith behavior in this matter.

Dated: January 31, 2020                Respectfully submitted,

                                                    */s/ Ethan G. Ostroff*
                                                          Of counsel

                                                      */s/ Emily K. Lindsay*
                                                          Of counsel

Ethan G. Ostroff, Esq. (pro hac vice)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Phone: 757-687-7541
ethan.ostroff@troutman.com

Emily K. Lindsay, Esq. (MSB #104963)
G. Todd Burwell, P.A.

618 Crescent Blvd., Suite 200
Ridgeland, MS  39157
Tel: (601) 427-4470
Fax: (601) 427-0189
elindsay@gtbpa.com

## **CERTIFICATE OF SERVICE**

I certify that on the 31st day of January 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants. Additionally, a copy was sent to Plaintiff via Federal Express at the following address:

**Plaintiff, pro se**
Denise M. Brown
3007 Crescent Hill Drive
Laurel, Mississippi 39440


*/s/ Ethan G. Ostroff*
Ethan G. Ostroff

41294322